James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Gerald H. Silk
Noam Mandel
BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

Christopher J. Keller
Andrei V. Rado
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
(212) 907-0700

*Attorneys for the Public Pension Funds*
*and Proposed Lead Counsel for the Class*

*Attorneys for the Public Pension Funds*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE LITIGATION<br><br><br>This Document Relates to:<br>          ALL ACTIONS | Lead Case No. 08-397 (DMC)<br>(Securities Class Action)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION OF THE PUBLIC PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL FOR THE CLASS

To:    ALL PARTIES

COUNSEL:

PLEASE TAKE NOTICE that on April 21, 2008, at 10 a.m. or as soon thereafter as

counsel may be heard, the undersigned counsel for the Arkansas Teacher Retirement System,

Public Employees' Retirement System of Mississippi, Louisiana Municipal Police Employees' Retirement System, and Massachusetts Pension Reserves Investment Management Board (the "Public Pension Funds"), shall move before Hon. Dennis M. Cavanaugh at the United States Post Office and Courthouse Building, Newark, New Jersey for an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), appointing the Public Pension Funds as Lead Plaintiff in the above-captioned action and approving their selection of Bernstein Litowitz Berger & Grossmann LLP and Labaton Sucharow LLP as Lead Counsel for the Class, and of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("Carella Byrne") as Liaison Counsel for the Class.

The undersigned intends to rely upon the accompanying Memorandum of Law, the Declaration of James E. Cecchi, the pleadings and other files, and such other written or oral argument as may be permitted by the Court. A proposed form of Order also accompanies this motion.

The undersigned hereby requests oral argument.

> **CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**
> *Proposed Liaison Counsel for the Class*
>
> By:___ /s/ James Cecchi_____
> JAMES E. CECCHI

Dated:  March 18, 2008

Gerald H. Silk
Noam Mandel
**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

*Attorneys for the Public Pension Funds
and Proposed Lead Counsel for the Class*

Christopher J. Keller
Andrei V. Rado
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
(212) 907-0700

*Attorneys for the Public Pension Funds
and Proposed Lead Counsel for the Class*