James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Gerald H. Silk
Noam Mandel
BERNSTEIN LITOWITZ BERGER &
 GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

Christopher J. Keller
Andrei V. Rado
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
(212) 907-0700

*Attorneys for the Public Pension Funds
and Proposed Lead Counsel for the Class*

*Attorneys for the Public Pension Funds
and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Lead Case No. 2:08-397 (DMC) (MF)<br><br>(Securities Class Action)<br><br>Hon. Dennis Cavanaugh<br><br>ELECTRONICALLY FILED<br><br>**ORAL ARGUMENT REQUESTED** |

**[PROPOSED] ORDER APPOINTING THE PUBLIC PENSION FUNDS AS LEAD
PLAINTIFF AND APPROVING THEIR SELECTION OF COUNSEL FOR THE
CLASS**

Upon consideration of (1) the Motion of the Arkansas Teacher Retirement System, Public Employees' Retirement System of Mississippi, Louisiana Municipal Police Employees' Retirement System, and Massachusetts Pension Reserves Investment Management Board (the "Public Pension Funds") for appointment as Lead Plaintiff, approval of their selection of counsel as Lead Counsel and Liaison Counsel for the Class; (2) the Memorandum of Law in support thereof; (3) the Declaration of James E. Cecchi; (4) all other pleadings and argument submitted to this Court; and for good cause shown, *and there being no opposition hereto:*

**IT IS HEREBY ORDERED THAT**:

1. The Public Pension Funds' Motion is **GRANTED**;

2. The Public Pension Funds are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned actions and all related securities class actions consolidated pursuant to paragraph 4 of this Order.

3. The Public Pension Funds' selection of lead counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Labaton Sucharow LLP are **APPOINTED** as Lead Counsel for the Class.

2

Case 2:08-cv-00397-SMC-MF   Document 22-7   Filed 03/18/2008   Page 3 of 3

4. The Public Pension Funds' selection of liaison counsel is **APPROVED**, and Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein is **APPOINTED** as Liaison Counsel for the Class.

**IT IS SO ORDERED.**

Dated 4-17-08

Hon. Dennis M. Cavanaugh
United States District Judge