Douglas S. Eakeley
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500

**MAYER BROWN LLP**
1909 K Street, N.W.
Washington, D.C. 20006
202.263.3000

*Attorneys for the Schering Defendants*

Jeffrey J. Greenbaum
**SILLS CUMMIS & GROSS PC**
One Riverfront Plaza
Newark, New Jersey 07102
973.643.7000

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
212.848.4000

*Attorneys for the Underwriter Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION<br><br><br><br><br><br><br><br><br><br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | DOCUMENT ELECTRONICALLY FILED<br><br>Lead Case No. 08-397 (DMC) (MF)<br>(Securities Class Action)<br><br>**DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S OPINION AND ORDER ENTERED ON SEPTEMBER 2, 2009, OR, IN THE ALTERNATIVE, FOR CERTIFICATION OF SUCH OPINION AND ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**Return Date: October 19, 2009** |

TO:  James E. Cecchi, Esq.
    Carella, Byrne, Bain, Gilfillan,
    Cecchi, Stewart & Olstein
    5 Becker Farm Road
    Roseland, NJ 07068
    jcecchi@carellabyrne.com

Thomas A. Dubbs
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
tdubbs@labaton.com

John P. Coffey
Bernstein Litowitz Berger &
Grossman LLP
1285 Avenue of the Americas
New York, NY 10019
sean@blbglaw.com

**PLEASE TAKE NOTICE** that the Defendants in this action -- Schering-Plough Corporation, Merck/Schering-Plough Distribution Services LLC d/b/a Merck/Schering-Plough Pharmaceuticals, Fred Hassan, Carrie S. Cox, Robert J. Bertolini, Steven H. Koehler, Susan Ellen Wolf, Hans W. Becherer, Thomas J. Colligan, C. Robert Kidder, Philip Leder, M.D., Eugene R. Mcgrath, Carl E. Mundy, Jr., Antonio M. Perez, Patricia F. Russo, Jack L. Stahl, Kathryn C. Turner, Robert F.W. Van Oordt, Arthur F. Weinbach, Goldman, Sachs & Co., Banc of America Securities LLC, Bear, Stearns & Co. Inc., Citigroup Global Markets, Inc., Morgan Stanley & Co. Incorporated, BNP Paribas Securities Corp., J.P. Morgan Securities Inc., Credit Suisse Securities (USA) LLC, Daiwa Securities America Inc., Santander Investment Securities Inc., Utendahl Capital Partners, L.P., The Williams Capital Group, L.P., ABN AMRO Rothschild LLC, BNY Capital Markets, Inc., ING Financial Markets LLC, Mizuho Securities USA Inc., Banca IMI SpA and BBVA Securities Inc. (collectively, the "Defendants") -- shall move before the Honorable Dennis M. Cavanaugh at the Frank R. Lautenberg United States Post Office & Courthouse Building in Newark, New Jersey, pursuant to Local Civil Rule 7.1(i) and 28 U.S.C. § 1292(b), for an Order granting the Defendants' motion for reconsideration of the Court's Opinion (Pacer No. 120) and Order (Pacer No. 121) entered on September 2, 2009 or, in the alternative, for certification of such Opinion and Order for interlocutory appeal.

**PLEASE TAKE FURTHER NOTICE** that in support of the Defendants' motion for reconsideration or, in the alternative, motion for certification for interlocutory appeal, the Defendants will rely upon the accompanying Brief. Pursuant to Local Rule 7.1(e), a proposed Order has been submitted with this motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested.

          Respectfully submitted,

| | |
|---|---|
| *Of Counsel:*<br>Richard A. Spehr<br>**MAYER BROWN LLP**<br>1675 Broadway<br>New York, New York 10019<br>212.506.2500<br>rspehr@mayerbrown.com<br><br>Richard Ben-Veniste<br>Miriam R. Nemetz<br>Reginald R. Goeke<br>Jeffrey F. Robertson<br>**MAYER BROWN LLP**<br>1909 K Street NW<br>Washington, DC 20006-1101<br>202.263.3000<br>rben-veniste@mayerbrown.com<br>mnemetz@mayerbrown.com<br>rgoeke@mayerbrown.com<br>jrobertson@mayerbrown.com | Douglas S. Eakeley<br>Gavin J. Rooney<br>**LOWENSTEIN SANDLER PC**<br>65 Livingston Avenue<br>Roseland, New Jersey  07068<br>973.597.2500<br>973.597.2400 (Fax)<br>deakeley@lowenstein.com<br>grooney@lowenstein.com<br><br>*Attorneys for the Schering Defendants*<br><br>By:  /s  Douglas S. Eakeley |
| *Of Counsel*<br>Kenneth M. Kramer<br>Alan S. Goudiss<br>Daniel H.R. Laguardia<br>**SHEARMAN & STERLING LLP**<br>599 Lexington Avenue<br>New York, New York 10022<br>212.848.4000<br>kkramer@shearman.com<br>agoudiss@shearman.com<br>daniel.laguardia@shearman.com | Jeffrey J. Greenbaum<br>A. Ross Pearlson<br>**SILLS CUMMIS & GROSS PC**<br>One Riverfront Plaza<br>Newark, New Jersey  07102<br>973.643.7000<br>jgreenbaum@sillscummis.com<br><br>*Attorneys for the Underwriter Defendants* |

Dated:  September 17, 2009