# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

CHARLES C CARELLA
BRENDAN T BYRNE
PETER G STEWART
ELLIOT M OLSTEIN
ARTHUR T VANDERBILT, II
JAN ALAN BRODY
JOHN M AGNELLO
CHARLES M CARELLA
JAMES E CECCHI

JAMES D CECCHI (1933-1995)
JOHN G GILFILLAN III (1936-2008)

JAMES T BYERS
DONALD F MICELI
A RICHARD ROSS
KENNETH L WINTERS
JEFFREY A COOPER
CARL R WOODWARD, III
MELISSA E FLAX
DENNIS F GLEASON
DAVID G GILFILLAN
G GLENNON TROUBLEFIELD
BRIAN H FENLON
KHOREN BANDAZIAN
LINDSEY H TAYLOR

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

RICHARD K MATANLE, II
FRANCIS C HAND
AVRAM S EULE
RAYMOND W FISHER
WALTER G LUGER

OF COUNSEL

RAYMOND J LILLIE
WILLIAM SQUIRE
ALAN J GRANT°
MARC D MICELI
RAYMOND E STAUFFER°
STEPHEN R DANEK
ERIC MAGNELLI
DONALD ECKLUND
VINCENZO M MOGAVERO
°MEMBER N Y BAR ONLY

June 11, 2010

**VIA ECF**

Honorable Mark Falk
United States Magistrate Judge
United States Post Office and Courthouse Building
Newark, New Jersey  07101

    Re:   *In re Schering-Plough Corporation/Enhance Securities Litigation*
           **Civil Action No. 08-397 (DMC)**
           **Our File No. 618893-1**

Dear Judge Falk:

    I have enclosed a proposed stipulated expert discovery order regarding the above matter. The proposed order has been approved and executed by all counsel.

    If the Order meets with Your Honor's approval, please execute it and have your Clerk enter it on the court docket. Thank you for Your Honor's continued cooperation in this matter.

                          Respectfully submitted,

                          CARELLA, BYRNE, CECCHI,
                          OLSTEIN, BRODY & AGNELLO

                          JAMES E. CECCHI

Enclosure
#397285