NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE SCHERING-PLOUGH CORPORATION / ENHANCE SECURITIES LITIGATION | : : : : | **Hon. Dennis M. Cavanaugh** |
| This Document Relates to: | : : | **ORDER**<br><br>Civil Action No. 08-CV-397 (DMC) |
| ALL ACTIONS. | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion for reconsideration by the Schering Defendants and the Underwriter Defendants (collectively, "Defendants") of this Court's Opinion and Order, dated August 31, 2009, denying Defendants' motions to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6); in the alternative, pursuant to 28 U.S.C. § 1292(b), Defendants request certification of this Court's August 31, 2009 Opinion and Order for immediate interlocutory appeal to the Third Circuit Court of Appeals. Pursuant to Fed. R. Civ. P. 78, no oral argument was heard. After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this ___21st___ day of June, 2010;

**ORDERED** Defendants' motion to reconsider this Court's August 31, 2009 Opinion and Order is **denied**.

**ORDERED** Defendants' request to certify this Court's August 31, 2009 Opinion and Order for immediate interlocutory appeal to the Third Circuit Court of Appeals is **denied.**

S/ Dennis M.Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office
cc:          All Counsel of Record
             The Honorable Mark Falk, U.S.M.J.
             File