| | |
|---|---|
| Salvatore J. Graziano<br>Adam H. Wierzbowski<br>Laura H. Gundersheim<br>BERNSTEIN LITOWITZ BERGER &<br>GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 554-1400<br>*Co-Lead Counsel for Lead Plaintiffs and*<br>*the Class* | Jonathan M. Plasse<br>Christopher J. McDonald<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>*Co-Lead Counsel for Lead Plaintiffs and*<br>*the Class* |

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Co-Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH<br>CORPORATION/ENHANCE SECURITIES<br>LITIGATION | Civil Action No. 08-397 (DMC)(JAD)<br><br>**NOTICE OF MOTION** |

To:    All Counsel on ECF Mailing List

COUNSEL:

PLEASE TAKE NOTICE that in accordance with the schedule set forth in the Fourth Stipulated Amendment to Pretrial Scheduling Order, entered on February 1, 2011, the undersigned counsel for Plaintiffs shall move before Hon. Dennis M. Cavanaugh, U.S.D.J. at the United States Post Office and Courthouse Building, Newark, New Jersey 07101 for class certification in accordance with Fed.R.Civ.P. 23.

The undersigned intends to rely upon the annexed Memorandum of Law, Joint Declaration Of Christopher J. McDonald and Salvatore J. Graziano, and Declaration of Chad Coffman, CFA.   A proposed form of Order is also annexed.

The undersigned hereby requests oral argument.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
Liaison Counsel for Plaintiffs


BY:   /s/ James E. Cecchi
          JAMES E. CECCHI

Dated: February 7, 2011

Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

Jonathan M. Plasse
Christopher J. McDonald
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700
*Co-Lead Counsel for Lead Plaintiffs and the Class*