Jonathan M. Plasse
Christopher J. McDonald
Stephen W. Tountas
Joshua L. Crowell
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff Mass PRIM and Co-Lead Counsel for the Class*

Salvatore J. Graziano
Adam Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel for Lead Plaintiffs MPERS, ATRS, and LMPERS and Co-Lead Counsel for the Class*

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700
Facsimile: (973) 994-1744

*Liaison Counsel for Lead Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION / ENHANCE SECURITIES LITIGATION | Lead Case No. 2:08-397 (DMC) (JAD) |

**JOINT DECLARATION OF CHRISTOPHER J. MCDONALD AND SALVATORE J. GRAZIANO IN SUPPORT OF <u>LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

CHRISTOPHER J. MCDONALD and SALVATORE J. GRAZIANO declare as follows:

1.  I, Christopher J. McDonald, am a member of the bars of the State of New York, the Southern and Eastern Districts of New York, the Western District of Michigan, and the Second, Third, and Ninth Circuits. I have been admitted to appear *pro hac vice* before this Court in the above-captioned action. I am a partner of the law firm of Labaton Sucharow LLP. I have personal knowledge of the facts set forth herein. If called as a witness, I could competently testify to the matters set forth herein.

2.  I, Salvatore J. Graziano, am a member of the bars of the State of New York, the Southern and Eastern Districts of New York, and the First, Second, Ninth, and Eleventh Circuits. I have been admitted to appear *pro hac vice* before this Court in the above-captioned action. I am a partner of the law firm of Bernstein Litowitz Berger & Grossmann LLP. I have personal knowledge of the facts set forth herein. If called as a witness, I could competently testify to the matters set forth herein.

3.  Annexed hereto as Exhibit A is a true and correct copy of an email and a presentation attached to the email entitled "Merck/Schering-Plough Pharmaceuticals ENHANCE: Board Review," dated January 22, 2008, produced

by Defendants in discovery, bates-numbered MSP-AAU0017912 through MSP-AAU0017960.

This declaration is executed in New York, New York, on February 7, 2011, under penalties of perjury pursuant to the laws of the United States.

_____
Christopher J. McDonald

_____
Salvatore J. Graziano

2