# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | RAYMOND E. STAUFFER° |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | ERIC MAGNELLI |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | DONALD A. ECKLUND |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | AUDRA E. PETROLLE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | MEGAN A. NATALE |
| | G. GLENNON TROUBLEFIELD | | | °MEMBER N.Y. BAR ONLY |
| | BRIAN H. FENLON | | | |
| JAMES D. CECCHI (1933-1995) | KHOREN BANDAZIAN | | | |
| JOHN G. GILFILLAN III (1936-2008) | LINDSEY H. TAYLOR | | | |

August 26, 2011

**VIA ECF**

Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
United States Post Office & Courthouse Building
Newark, New Jersey  07101

    Re:   *In re Schering-Plough Corporation/Enhance Litigation*
            Lead Case No. 08-397(DMC)

Dear Judge Cavanaugh:

    This firm represents Plaintiffs in the above captioned matter. The court has scheduled an in-person conference for August 31, 2011 to discuss a number of issues, including a pending motion to amend Plaintiffs' complaint. I am writing to respectfully request that the in-person conference be adjourned to a different date the following week as one of the principal counsel involved in the matter, and whose presence is necessary to fully address all of the issues before the court, is on vacation the weeks of August 29, 2011. We hope that this request is acceptable to the court and that the conference can be moved to the following week. I will call your Deputy Monday to discuss our request.

    Thank you for your continued attention to this matter.

                      Respectfully submitted,

                      CARELLA, BYRNE, CECCHI,
                      OLSTEIN, BRODY & AGNELLO

                      */s/ James E. Cecchi*

                      JAMES E. CECCHI

#447540