| | |
|---|---|
| Salvatore J. Graziano<br>Adam H. Wierzbowski<br>Laura H. Gundersheim<br>Sean O'Dowd<br>BERNSTEIN LITOWITZ BERGER &<br> GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, NY  10019<br>(212) 554-1400<br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | Jonathan M. Plasse<br>Christopher J. McDonald<br>Stephen W. Tountas<br>Joshua L. Crowell<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY  10005<br>(212) 907-0700<br>*Co-Lead Counsel for Lead Plaintiffs and the Class* |

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, NJ  07068
Telephone:  (973) 994-1700
*Liaison Counsel for Lead Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC) (MF)<br><br><u>AMENDED NOTICE OF MOTION</u> |

TO:   All Counsel on ECF Mailing List

COUNSEL:

PLEASE TAKE NOTICE that in accordance with the schedule set forth in the Fourth Stipulated Amendment to Pretrial Scheduling Order, entered on February 1, 2011, the undersigned counsel for Plaintiffs shall move before Hon. Dennis M. Cavanaugh, U.S.D.J. at the United States Post Office and Courthouse Building, Newark, New Jersey 07010 for class certification in accordance with Fed.R.Civ.P.23.

The undersigned intends to rely upon the Amended Memorandum of Law, Joint Declaration of Salvatore Graziano and Christopher McDonald filed on February 7, 2011 (Dkt. No. 191-6) and Declaration of Chad Coffman dated September 15, 2011 and filed concurrently herewith. A proposed form of Order is also annexed.

The undersigned hereby requests oral argument.

                CARELLA, BYRNE, BAIN, GILFILLAN,
                CECCHI, STEWART & OLSTEIN
                Liaison Counsel for Plaintiffs

                BY:    /s/ James E. Cecchi
                              JAMES E. CECCHI

Dated: September 22, 2011

| | |
|---|---|
| Salvatore J. Graziano | Jonathan M. Plasse |
| Adam H. Wierzbowski | Christopher J. McDonald |
| Laura H. Gundersheim | Stephen W. Tountas |
| Sean O'Dowd | Joshua L. Crowell |
| BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP | LABATON SUCHAROW LLP |
| 1285 Avenue of the Americas | 140 Broadway |
| New York, NY 10019 | New York, NY 10005 |
| (212) 554-1400 | (212) 907-0700 |
| *Co-Lead Counsel for Lead Plaintiffs and the Class* | *Co-Lead Counsel for Lead Plaintiffs and the Class* |