# EXHIBIT A

# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA

January 12, 2011

**By Email**

Daniel H.R. Laguardia, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022

Robyn F. Tarnofsky, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064

    Re:  *In re Schering-Plough Corporation ENHANCE Securities Litigation*,
           Civil Action No. 08-CV-397 (DMC) (JD) (D.N.J.)

Dear Counsel:

It has come to our attention that Exhibit A to the Consolidated Amended Complaint in this action, which contains Lead Plaintiff Arkansas Teacher Retirement System's class period transactions in Schering-Plough Corp. securities, inadvertently omitted one purchase of 7,700 shares of Schering common stock on January 24, 2008 at $19.7770. The attachment corrects this oversight. The transaction information for this trade was produced on July 28, 2010 and is Bates-stamped AT0000014.

Thank you for your attention to this matter.

Sincerely,

Sean O'Dowd

Encl.
cc:    Salvatore Graziano, Esq.
       Laura Gundersheim, Esq.
       Adam Wierzbowski, Esq.
       Chris McDonald, Esq.
       Stephen Tountas, Esq.
       Joshua Crowell, Esq.


Δ π EXHIBIT 43
Deponent_____
Date 2/24/11 Rptr. am
WWW.DEPOBOOK.COM

Arkansas Teacher Retirement System
Transactions in Schering-Plough Corp
Class Period: 7/24/06-3/28/08

**Common Stock**
**Cusip# 806605101**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 01/22/07 | 34,900 | $24.8965 |
| Purchase | 04/19/07 | 6,900 | $30.9490 |
| Purchase | 04/19/07 | 50,000 | $30.8135 |
| Purchase | 04/19/07 | 3,100 | $31.1209 |
| Purchase | 04/19/07 | 9,800 | $30.9976 |
| Purchase | 04/20/07 | 19,700 | $30.7834 |
| Purchase | 04/20/07 | 816 | $30.8115 |
| Purchase | 04/20/07 | 21,384 | $30.8115 |
| Purchase | 04/30/07 | 5,300 | $31.7488 |
| Purchase | 06/07/07 | 5,300 | $31.3850 |
| Purchase | 06/07/07 | 5,300 | $30.6503 |
| Purchase | 07/27/07 | 5,900 | $29.0783 |
| Purchase | 08/02/07 | 6,600 | $29.7961 |
| Purchase | 08/09/07 | 4,700 | $27.4980 |
| Purchase | 08/09/07 | 9,500 | $27.5000 |
| Purchase | 09/14/07 | 171,415.58 | $25.9720 |
| Purchase | 10/22/07 | 500 | $28.2401 |
| Purchase | 10/22/07 | 5,300 | $28.2350 |
| Purchase | 11/06/07 | 2,200 | $29.4045 |
| Purchase | 11/06/07 | 4,000 | $29.4350 |
| Purchase | 11/09/07 | 800 | $29.3050 |
| Purchase | 11/09/07 | 5,300 | $29.3772 |
| Purchase | 12/19/07 | 6,600 | $26.1866 |
| Purchase | 12/20/07 | 218,900 | $26.2660 |
| Purchase | 12/31/07 | 6,600 | $26.6791 |
| Purchase | 01/02/08 | 6,700 | $26.2281 |
| Purchase | 01/09/08 | 5,900 | $27.2740 |
| Purchase | 01/24/08 | 7,700 | $19.7770 |
| Purchase | 03/05/08 | 116,300 | $20.7000 |
| Purchase | 03/14/08 | 40,945 | $18.8635 |
| Purchase | 03/14/08 | 55,300 | $18.7550 |
| Purchase | 03/17/08 | 44,000 | $19.0091 |
| Purchase | 03/18/08 | 23,855 | $19.8721 |
| Purchase | 03/19/08 | 4,100 | $19.9075 |
| Sale | 01/22/07 | (5,000) | $24.9500 |
| Sale | 01/22/07 | (17,000) | $24.8997 |
| Sale | 02/13/07 | (34,900) | $24.8600 |
| Sale | 09/24/07 | (171,415) | $32.0300 |
| Sale | 10/22/07 | (0.58) | $27.0690 |
| Sale | 12/07/07 | (1,000) | $31.0385 |

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 12/07/07 | (500) | $31.0385 |
| Sale | 12/07/07 | (3,300) | $30.7222 |
| Sale | 12/07/07 | (1,600) | $30.7222 |
| Sale | 12/07/07 | (1,200) | $30.2826 |
| Sale | 12/07/07 | (600) | $30.2826 |
| Sale | 12/07/07 | (4,200) | $30.2826 |
| Sale | 12/07/07 | (2,100) | $30.2826 |
| Sale | 12/07/07 | (300) | $30.4717 |
| Sale | 12/07/07 | (100) | $30.4717 |
| Sale | 12/07/07 | (1,200) | $30.4717 |
| Sale | 12/07/07 | (600) | $30.4717 |
| Sale | 12/27/07 | (59,300) | $26.9127 |
| Sale | 01/04/08 | (32,600) | $26.6700 |
| Sale | 03/12/08 | (1,400) | $19.6000 |
| Sale | 03/12/08 | (54,100) | $19.9003 |
| Sale | 03/12/08 | (8,200) | $20.0050 |
| Sale | 03/19/08 | (52,600) | $19.9500 |
| Sale | 03/25/08 | (65,200) | $19.5478 |

Arkansas Teacher Retirement System
Transactions in Schering-Plough Corp
Class Period: 7/24/06-3/28/08

**Preferred Securities**
Cusip # 806605705

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 09/24/07 | 19,850 | $279.1500 |

**Preferred Securities**
Cusip # 806605606

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 01/17/07 | 20,400 | $57.7727 |
| Purchase | 01/17/07 | 19,400 | $58.0318 |
| Purchase | 01/18/07 | 20,150 | $58.5700 |
| Purchase | 01/29/07 | 25,700 | $58.7047 |
| Sale | 04/19/07 | (9,350) | $70.6940 |
| Sale | 09/14/07 | (76,300) | $58.3486 |