## CERTIFICATE OF SERVICE

I, Edward G. Timlin, an associate with the law firm of Shearman & Sterling LLP, certify that on December 6, 2011, I caused a true and correct copy of the Underwriter Defendants' Memorandum of Law in Opposition to Lead Plaintiffs' Motion for Class Certification and the Declaration of Jeffrey J. Greenbaum (with exhibits attached thereto) to be served by Federal Express on the following:

Salvatore J. Graziano, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY  10019
Co-Lead Counsel for the Class
(By U.S. Mail and Email)

Christopher J. McDonald, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY  10005
Co-Lead Counsel for the Class
(By U.S. Mail and Email)

Daniel J. Kramer, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019
Counsel for the Schering-Plough Defendants
(By U.S. Mail and Email)

Dated:   New York, New York
         December 6, 2011

Edward G. Timlin
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022
Telephone: (212) 848-4000