# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | PHONE (973) 994-1700 | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | FAX (973) 994-1744 | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | |

January 24, 2012

<u>VIA ECF</u>

The Honorable Dennis M. Cavanaugh
United States District Judge
United States Post Office
Newark, New Jersey  07101

   Re: *In re Schering-Plough Corporation ENHANCE Securities Litigation,*
     Civil Action No. 08-397 (DMC)(JAD)

     *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation,*
     Civil Action No. 08-2177 (DMC)(JAD)

Dear Judge Cavanaugh:

  We are co-liaison counsel for Plaintiffs and the Class in the above referenced matters.  In response to Lead Plaintiffs' motion for class certification in the *Schering-Plough* matter, Lead Plaintiffs received two opposition briefs totaling 60 pages and a 40-page expert declaration from Defendants.  In response to Lead Plaintiffs' motion for class certification in the *Merck* matter, Lead Plaintiffs received a 40-page opposition brief and a 32-page expert declaration from Defendants.

  Pursuant to L. Civ. R. 7.2, the *Schering-Plough* Plaintiffs are entitled to two 15-page reply briefs (totaling 30 pages) and the *Merck* Plaintiffs are entitled to one 15-page reply brief.  In order to adequately address all the arguments raised in Defendants' briefs, we respectfully request that in *Schering-Plough*, Lead Plaintiffs be permitted to file one combined rely brief of up to 40 pages in 14-point font (as opposed to two separate briefs totaling 30 pages) and that in *Merck*, Lead Plaintiffs be permitted to file one reply brief of up to 25 pages in 14-point font.

  We have requested Defendants' consent to this request, but they have not yet responded.  If our proposal is acceptable to the Court, kindly "So Order" this letter and have a "filed" copy returned to us via the Court's ECF system.

The Honorable Dennis M. Cavanaugh
January 24, 2012
Page 2

      Thank you for your consideration of this matter.  If the Court has any questions, we are available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

/s/ James E. Cecchi

JAMES E. CECCHI

cc:     All counsel (via ECF)