# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | **www.carellabyrne.com** | | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | |

March 6, 2012

VIA ECF

Clerk
United States District Court
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

      Re:    *In re Schering-Plough Corporation ENHANCE Securities Litigation,*
             Civil Action No. 08-397 (DMC)(JAD)

             *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation,*
             Civil Action No. 08-2177 (DMC)(JAD)

Dear Sir:

      We are Liaison Counsel for Lead Plaintiffs in the above referenced matters.  Pursuant to Local Civil Rule 7.1(d)(5), Lead Plaintiffs invoke the automatic extension to adjourn the motions for summary judgment filed by Defendants.  The motions were originally returnable on April 2, 2012.  The motions are now returnable on April 16, 2012, which is the next available motion day.

      Thank you for your attention to this matter.

                                Very truly yours,

                              CARELLA, BYRNE, CECCHI,
                         OLSTEIN, BRODY & AGNELLO, P.C.

                                /s/ Lindsey H. Taylor

                                LINDSEY H. TAYLOR

cc:      All Counsel (via ECF)