UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | 08-CV-397 (DMC) (JAD) |
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | 08-CV-2177 (DMC) (JAD) |

## STIPULATION AND ORDER

WHEREAS, on March 1, 2012, Defendants filed motions for summary judgment which were returnable on April 2, 2012; and

WHEREAS, on March 6, 2012, Plaintiffs adjourned the motion return date pursuant to Local Civil Rule 7.1(d)(5) until April 16, 2012;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that:

1. Plaintiffs shall file their oppositions to the motions for summary judgment by April 6, 2012, and Defendants shall file their reply papers by May 14, 2012.

2. The new return date for the motions for summary judgment shall be May 21, 2012.

Dated: March 22, 2012

| | |
|---|---|
| **CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br>jcecchi@carellabyrne.com<br>ltaylor@carellabyrne.com<br>*Liaison Counsel for Lead Plaintiffs*<br>(08-397, 08-2177)<br><br>_/s/ James E. Cecchi_<br>James E. Cecchi | **TOMPKINS MCGUIRE, WACHENFELD & BARRY, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-3300<br>wmcguire@tompkinsmcguire.com<br>*Attorneys for Merck and Schering-Plough*<br>(08-397, 08-2177)<br><br>_/s/ William B. McGuire_<br>William B. McGuire |

| | |
|---|---|
| **SEEGER WEISS LLP**<br>550 Broad Street<br>Newark, NJ 07102<br>(973) 639-9100<br>cseeger@seegerweiss.com<br>sweiss@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>*Co-Liaison Counsel for Lead Plaintiffs*<br>*(08-397, 08-2177)*<br><br>/s/ Stephen A. Weiss<br>Stephen A. Weiss | **LOWENSTEIN SANDLER PC**<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500<br>deakeley@lowenstein.com<br>grooney@lowenstein.com<br>jhalper@lowenstein.com<br>*Attorneys for Merck and Schering-Plough*<br>*(08-397, 08-2177)*<br><br>/s/ Gavin J. Rooney<br>Gavin J. Rooney |
| **GRANT & EISENHOFER P.A.**<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017<br>(646) 722-8500<br>jeisenhofer@gelaw.com<br>dberger@gelaw.com<br>jkairis@gelaw.com<br>jalmeida@gelaw.com<br>*Co-Lead Counsel for the Class (08-2177)*<br><br>/s/ Dan Berger<br>Dan Berger | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>dkramer@paulweiss.com<br>agordon@paulweiss.com<br>aoh@paulweiss.com<br>*Attorneys for Merck and Schering-Plough*<br>*(08-397, 08-2177)*<br><br>/s/ Daniel J. Kramer<br>Daniel J. Kramer |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 554-1400<br>sgraziano@blbglaw.com<br>*Co-Lead Counsel for the Class*<br>*(08-397, 08-2177)*<br><br>/s/ Salvatore J. Graziano<br>Salvatore J. Graziano | **SILLS CUMMIS & GROSS P.C.**<br>The Legal Center<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000<br>jgreenbaum@sillscummis.com<br>*Attorneys for the Underwriter Defendants*<br>*(08-397)*<br><br>/s/ Jeffrey J. Greenbaum<br>Jeffrey J. Greenbaum |

| **LABATON SUCHAROW LLP** | **SHEARMAN & STERLING LLP** |
|---|---|
| 140 Broadway | 599 Lexington Avenue |
| New York, NY 10005 | New York, NY 10022 |
| (212) 907-0700 | (212) 848-4000 |
| cmcdonald@labaton.com | daniel.laguardia@shearman.com |
| *Co-Lead Counsel for the Class (08-397);* | *Attorneys For The Underwriter Defendants* |
| *Counsel for Named Plaintiff Genesee County* | *(08-397)* |
| *Employees' Retirement System (08-2177)* | |
| /s/ Christopher J. McDonald | /s/ Daniel H.R. Laguardia |
| Christopher J. McDonald | Daniel H.R. Laguardia |

SO ORDERED,
this 23 day of March, 2012

_____
Joseph A. Dickson
United Stated Magistrate Judge