UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | 08-CV-2177 (DMC) (JAD) |
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | 08-CV-397 (DMC) (JAD) |

### [Proposed] ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L. CIV. R. 5.3

THIS MATTER having been opened to the Court upon motion by Tompkins, McGuire, Wachenfeld & Barry LLP, attorneys for Defendants, and good cause having been shown,

IT IS, this 2ND day of April, 2012, hereby ORDERED:

The documents located at Merck Docket No. 225-4 and Schering Docket No. 281-16 are hereby deemed included in Defendants' motions to file documents under seal. (Merck Docket No. 222; Schering Docket No. 278.) The documents located at Merck Docket No. 225-4 and Schering Docket No. 281-16 shall be sealed pending decision on Defendants' motions to file documents under seal.

_____
Hon. Joseph A. Dickson, U.S.M.J.