William B. McGuire
Brian M. English
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000

Of Counsel:

Theodore V. Wells, Jr.
Daniel J. Kramer
Andrew G. Gordon
Alex Young K. Oh
PAUL WEISS RIFKIND
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-30000

Douglas S. Eakeley
Gavin J. Rooney
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE MERCK & CO., INC.
VYTORIN/ZETIA SECURITIES
LITIGATION

    :
    :
    :

Civil Action No. 08-CV-2177
(DMC)

_____

    :
    :

IN RE SCHERING-PLOUGH
CORPORATION ENHANCE SECURITIES
LITIGATION

    :
    :
    :

Civil Acation No. 08-CV-397
(DMC)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

The Court having notified counsel by letter dated March 29, 2012 that a

new mediator would be appointed due to the untimely death of Judge Politan.

IT IS on this ⟋ day of April 2012, hereby ORDERED that the Pilgrim

Mediation Group, LLC (the only members of which are Stephen M. Greenberg, Esq. and

Jonathan J. Lerner, Esq.) is hereby appointed to replace Judge Politan as a mediator in the

above actions.

_____

Dennis M. Cavanaugh, Judge U.S.D.C.