# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

FOUR GATEWAY CENTER
100 MULBERRY STREET, SUITE 5
NEWARK, NEW JERSEY 07102-4056
Newark (973) 622-3000
New York (212) 714-1720
FAX (973)623-7780
www.tompkinsmcguire.com

William B. McGuire
Partner

Direct Telephone: (973) 623-7750
wmcguire@tompkinsmcguire.com

April 13, 2012

Hon. Dennis M. Cavanaugh
United States District Judge
United States District Court
U.S. Post Office & Courthouse Bldg, Room 451
P.O. Box 999
Newark, New Jersey 07101-0999

Re: **In Re Schering-Plough Corporation/Enhance Litigation**
    **Lead Case Number 08-397 (DMC)**

Dear Judge Cavanaugh:

Given the fact that there have been and will continue to be meetings with Stephen Greenberg, the second Mediator, Jim Cecchi and I respectfully request that the status conference before Your Honor which is presently scheduled for Tuesday, April 17, 2012 be adjourned without date.

Respectfully,

*[signature]*

William B. McGuire
For   TOMPKINS, McGUIRE, WACHENFELD & BARRY

WBM/ez
cc: All Counsel

782301