**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102-5400
Telephone: (973) 643-7000

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000

*Attorneys for the Underwriter Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC)(JAD)<br>Honorable Dennis M. Cavanaugh<br><br>**ORDER** |

This matter having been opened to the Court by the Underwriter Defendants, on their motion pursuant to Local Civil Rule 5.3, for an Order sealing certain materials submitted in support of the Underwriter Defendants' Motion for Summary Judgment, and the Court having considered the Underwriter Defendants' submissions and arguments, and it appearing that there exists a legitimate confidentiality interest which warrants protection, and that a clearly defined and serious injury could potentially result if the relief provided herein is not granted,

and that no less restrictive alternative to the relief sought is available, and for good cause shown;

IT IS this _____8th_____ day of _____May_____, 2012,

ORDERED that the unredacted versions of the Underwriter Defendants' Memorandum of Law and Rule 56.1 Statement submitted in support of their Motion for Summary Judgment are hereby sealed in accordance with L. Civ. R. 5.3; and it is further

ORDERED that Exhibits 1-4, 15-29, 35-42, 46-110, 112, 115-124, 126, 132 and 141-153 to the March 1, 2012 Declaration of Jeffrey J. Greenbaum submitted in support of the Underwriter Defendants' Motion for Summary Judgment are hereby sealed in accordance with L. Civ. R. 5.3; and it is further

ORDERED that the Underwriter Defendants shall file with the Court properly redacted versions of their Memorandum of Law and Rule 56.1 Statement in support of their Motion for Summary Judgment pursuant to L. Civ. R. 5.3(c)(3).

_____
JOSEPH A. DICKSON, U.S.M.J.