**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102-5400
Telephone: (973) 643-7000

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000

*Attorneys for the Underwriter Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC)(JAD)<br><br>Honorable Dennis M. Cavanaugh<br><br>**ORDER** |

This matter having been opened to the Court by way of motion by the Underwriter Defendants for the entry of an Order sealing Exhibits B through E to the December 6, 2011 Declaration of Jeffrey J. Greenbaum, which was submitted in support of the Underwriter Defendants' Opposition to Plaintiffs' Motion for Class Certification, pursuant to Local Civil Rule 5.3, and the Court having considered the Underwriter Defendants' submissions in support of their Motion to Seal, the nature of the materials and information at issue, the legitimate public and

private interests, the harm that may potentially result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this ____8th____ day of ____May____, 20_12_,

ORDERED that Exhibits B through E to the December _6_, 2011 Declaration of Jeffrey J. Greenbaum submitted in support of the Underwriter Defendants' Opposition to Plaintiffs' Motion for Class Certification are hereby sealed.

_____
JOSEPH A. DICKSON, U.S.M.J.