Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400
*Co-Lead Counsel for Lead Plaintiffs and the Class*

Jonathan M. Plasse
Christopher J. McDonald
Stephen W. Tountas
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
(212) 907-0700
*Co-Lead Counsel for Lead Plaintiffs and the Class*

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Co-Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC)(JAD)<br><br>**<u>ORDER</u>** |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order sealing the Reply Memorandum of Law in Further Support of Lead Plaintiffs' Motion for Class Certification and the Declaration of Salvatore J. Graziano and Christopher J. McDonald and exhibits thereto, which were submitted in further support of Plaintiffs' motion for class certification, pursuant to Local Civil Rule 5.3, and the Court having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this ___8th___ day of May, 2012,

ORDERED that Reply Memorandum of Law Law in Further Support of Lead Plaintiffs' Motion for Class Certification and the Declaration of Salvatore J. Graziano and Christopher J. McDonald and exhibits thereto are hereby sealed.

_____
JOSEPH A. DICKSON, U.S.M.J.