William B. McGuire  
William H. Trousdale  
TOMPKINS, MCGUIRE,  
WACHENFELD & BARRY LLP  
Four Gateway Center  
100 Mulberry Street  
Newark, New Jersey 07102  
(973) 622-3000  

Of Counsel:

Theodore V. Wells, Jr.  
Daniel J. Kramer  
Andrew G. Gordon  
Daniel J. Leffell  
Alex Young K. Oh  
PAUL, WEISS, RIFKIND,  
WHARTON & GARRISON LLP  
1285 Avenue of the Americas  
New York, NY 10019  
(212) 373-3000  

Douglas S. Eakeley  
Gavin J. Rooney  
LOWENSTEIN SANDLER PC  
65 Livingston Avenue  
Roseland, New Jersey 07068  
(973) 597-2500  

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | Civil Action No. 08-CV-397 (DMC) (JAD) |

### ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L. CIV. R. 5.3

THIS MATTER having been opened to the Court by way of motion by Tompkins, McGuire, Wachenfeld & Barry LLP, attorneys for Defendant Schering-Plough Corporation ("legacy Schering"), and good cause having been shown,

IT IS, this 8th day of May, 2012, hereby ORDERED AS FOLLOWS:

Legacy Schering's Motion to File Documents Under Seal is GRANTED. The following documents, each dated December 6, 2011, are hereby sealed: (1) Schering-Plough Defendants' Memorandum of Law in Opposition to Motion for Class Certification (Docket Entry 255); (2) the Affidavit of Andrew G. Gordon in Support of Schering-Plough Defendants' Memorandum of Law in Opposition to Motion for Class Certification, including Exhibits 10 and 12-21 thereto (Docket Entry 256); and (3) the Declaration of Denise Neumann Martin, Ph.D. (Docket Entry 255-1).

_____
Hon. Joseph A. Dickson, U.S.M.J.