# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD)<br><br>**<u>ORDER</u>** |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order sealing the Declaration of Chad Coffman, which was submitted in support of Plaintiffs' Amended Motion for Class Certification, and the unredacted version of Plaintiffs' Amended Brief in Support of Class Certification, pursuant to Local Civil Rule 5.3, and the Court having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this 8th day of May, 2012;

ORDERED that Declaration of Chad Coffman and the exhibits and appendices thereto, Docket Entry 243 are hereby sealed; and it is further

ORDERED that the full text of Plaintiffs' Brief in support of class certification, Docket Entry 242, is hereby sealed.

JOSEPH A. DICKSON, U.S.M.J.