```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

|                                    |   |                        |
|---|---|---|
| F. RICHARD MANSON, et al           | : | O R D E R              |
|                                    | : |                        |
|         v.                         | : | Case No.  2:8cv397(DMC)|
| SCHERING-PLOUGH CORPORATION,       | : |                        |
| et al                              |   |                        |

This Court having reviewed the docket in this case and finding no Order scheduling the trial of this matter after the September 26, 2011 status conference; and

For good cause shown;

It is on this 6th day of August 2012 ORDERED that the Trial in this matter is hereby set for Tuesday November 13, 2012 at 9:30a.m., and

It is further ORDERED that counsel are to proceed with the Final Pretrial Conference before Magistrate Judge Joseph A. Dickson.

/S/ DENNIS M. CAVANAUGH
Dennis M. Cavanaugh, U.S.D.J.