**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102-5400
Telephone: (973) 643-7000

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000

*Attorneys for the Underwriter Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC)(JAD)<br><br>Honorable Dennis M. Cavanaugh<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>*Document Electronically Filed* |

Sills Cummis & Gross P.C., counsel for the Underwriter Defendants, hereby informs the Court that Stuart M. Feinblatt is no longer associated with the firm, and requests that the Court withdraw the appearance of Mr. Feinblatt as counsel and discontinue electronic notifications to him for this matter.

Dated: September 4, 2012

                                                              SILLS CUMMIS & GROSS P.C.

                                                              By:  s/ Jeffrey J. Greenbaum\_\_\_\_
                                                                     Jeffrey J. Greenbaum

                One Riverfront Plaza
                Newark, NJ 07102
                (973) 643-7000

                *Attorneys for Underwriter Defendants*

2183399 v1