NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ ENHANCE SECURITIES LITIGATION | Hon. Dennis M. Cavanaugh<br><br>**ORDER**<br><br>Civil Action No. 8-397 (DMC)(JAD) |

**DENNIS M. CAVANAUGH, U.S.D.J.**

This matter having come before the Court on the Amended Motion for Class Certification of Lead Plaintiffs Massachusetts Pension Reserves Investment Management Board, the Arkansas Teacher Retirement System, the Mississippi Public Employees' Retirement System, and the Louisiana Municipal Police Retirement System(collectively "Plaintiffs" or "Lead Plaintiffs") (ECF No. 241), and the Court having considered the submissions of the parties, and for the reasons stated in the Court's Opinion filed this day;

IT IS on this 25 day of Sep, 2012;

**ORDERED** that Plaintiffs' Motion is **granted**; and it is further

**ORDERED** that Lead Plaintiffs shall act as representatives of the certified Class defined as follows:

> All persons and entities that purchased or acquired Schering common stock, or call options, and/or sold Schering put options, during the period between January 3, 2007 through and including March 28, 2008, and who did not sell their stock and/or options on or before January 14, 2008, and who were damaged thereby.
> Excluded from the Class are: (a) Defendants; (b) members of the immediate families of the Individual Defendants; (c) the subsidiaries and affiliates of Defendants; (d) any person or entity who was a partner, executive officer, director, or controlling person of Schering, M/S-P or Merck (including any of their subsidiaries or affiliates), or any other Defendants; (e) any entity in which any

Defendant has a controlling interest; (f) Defendants' directors' and officers' liability insurance carriers, and any affiliates or subsidiaries thereof; and (g) the legal representatives, heirs, successors and assigns of any such excluded party.

and it is further

**ORDERED** that the Court appoints the law firms of Labaton Sucharow LLP and Bernstein Litowitz Berger & Grossman LLP as class counsel.

Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Orig.: | Clerk |
| cc: | All Counsel of Record |
| | Hon. Joseph A. Dickson, U.S.M.J. |
| | File |