NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ ENHANCE SECURITIES LITIGATION | Hon. Dennis M. Cavanaugh<br><br>**ORDER**<br><br>Civil Action No. 8-397 (DMC)(JAD) |

**DENNIS M. CAVANAUGH, U.S.D.J.**

This matter having come before the Court on the Defendants' Motions for Summary Judgment (ECF Nos. 269 and 273), and the Court having considered the submissions of the parties, and for the reasons stated herein;

**WHEREAS** Summary judgment is granted only if all probative materials of record, viewed with all inferences in favor of the non-moving party, demonstrate that there is no genuine issue of material fact and that the movant is entitled to judgment as a matter of law. See FED. R. CIV. P. 56(c); Celotex Corp. v. Catrett, 477 U.S. 317, 330 (1986);

**WHEREAS** genuine issues of material fact do exist in this case, including but not necessarily limited to whether Defendants' January 14, 2008 disclosure "cured" the alleged fraud and whether subsequent disclosures revealed further details of the alleged fraud;

**WHEREAS** these disputes present complicated questions of fact, and based on this Court's experience, are the type of disputes best resolved at trial;

IT IS on this 25 day of Sept, 2012;

**ORDERED** that the Motions for Summary Judgment are **denied**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Orig.:     Clerk
cc:       All Counsel of Record
          Hon. Joseph A. Dickson, U.S.M.J.
          File