```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS


NEWARK                                  DATE: 25 September 2012

JUDGE: Dennis M. Cavanaugh

COURT REPORTER: Charles McGuire

DEPUTY CLERK: Scott P. Creegan


Title of Case:                     Docket 2:8cv397
                                          2:8cv2177
Manson V. Schering Plough
Genesse County v. Merck

Appearances:

P- James Checchi, Salvatore Graziano, Max Berger, Daniel Berger,
   Christopher Seeger
D- William McGuire, Theodore Wells, Daniel Kramer, Sandra Oh 7
Grant McGuire

Nature of proceedings:
                        Status Conference
Court conducted status conference on the record re Trial date.
Deft's ask for continuance of trial date due to conflict in
schedule both professional and personnel.
Sidebar conducted off the record.
Court heard from both sides, and over objection has Granted the
request of deft's.
Trial continued from November 13, 2012 to March 4, 2013 9:30am
Parties advised that Pretrial proceedings as set by the Magistrate
Judge are not effected by this continuance of the trial date.

OTBS by defense counsel regarding continuation of Trial date.

Time Commenced   9:30
Time Adjourned   10:30



cc: chambers                              Scott P. Creegan
                                          Deputy Clerk
```