**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102-5400
Telephone:  (973) 643-7000

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone:  (212) 848-4000

*Attorneys for the Underwriter Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC)(JAD)<br><br>Honorable Dennis M. Cavanaugh<br><br>**ORDER** |

This matter having been opened to the Court by the Underwriter Defendants,

on their motion pursuant to Local Civil Rule 5.3, for an Order sealing an

unredacted version of the Underwriter Defendants' Reply Memorandum of Law

submitted in support of their Motion for Summary Judgment and Underwriter

Defendants' Response to the Lead Plaintiffs' Counter-Statement of Material

Disputed Facts, and the Court having considered the Underwriter Defendants'

submissions and arguments, and it appearing that there exists a legitimate

confidentiality interest which warrants protection, and that a clearly defined and serious injury could potentially result if the relief provided herein is not granted, and that no less restrictive alternative to the relief sought is available, and for good cause shown;

IT IS this ____1____ day of _____Oct._____, 2012,

ORDERED that the unredacted versions of the Underwriter Defendants' Reply Memorandum of Law submitted in support of their Motion for Summary Judgment and the Underwriter Defendants' Response to the Lead Plaintiffs' Counter-Statement of Material Disputed Facts are hereby sealed in accordance with L. Civ. R. 5.3; and it is further

ORDERED that the Underwriter Defendants shall file with the Court properly redacted versions of their Reply Memorandum of Law submitted in support of their Motion for Summary Judgment and the Underwriter Defendants' Response to the Lead Plaintiffs' Counter-Statement of Material Disputed Facts pursuant to L. Civ. R. 5.3(c)(3).

_____
JOSEPH A. DICKSON, U.S.M.J.

2