Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400
*Co-Lead Counsel for Lead Plaintiffs and
the Class*

Jonathan M. Plasse
Christopher J. McDonald
Stephen W. Tountas
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
(212) 907-0700
*Co-Lead Counsel for Lead Plaintiffs and
the Class*

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Co-Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC)(JAD)<br><br>**ORDER** |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order sealing the briefs, responses to statements of uncontested material facts, statements of additional material facts, and exhibits to the Declarations of Salvatore J. Graziano and Christopher J. McDonald in opposition to the Schering Defendants' and Underwriter Defendants' motions for summary judgment pursuant to Local Civil Rule 5.3, and the Court having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the

materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this \_\_1st\_\_ day of ~~May~~ Oct., 2012,

(1) ORDERED that the briefs, response to statements of uncontested material facts, statement of additional material facts, and exhibits to the Declarations of Salvatore J. Graziano and Christopher J. McDonald in opposition to the Schering Defendants' and Underwriter Defendants' motions for summary judgment are hereby sealed; and

_____
JOSEPH A. DICKSON, U.S.M.J.

(2) IT IS FURTHER ORDERED that Plaintiffs shall file redacted versions of the aforementioned documents within thirty (30) days of the date of this Order in compliance with L.Civ.R. 5.3.