| | |
|---|---|
| William B. McGuire | Douglas S. Eakeley |
| William H. Trousdale | Gavin J. Rooney |
| TOMPKINS, MCGUIRE, | LOWENSTEIN SANDLER PC |
| WACHENFELD & BARRY LLP | 65 Livingston Avenue |
| Four Gateway Center | Roseland, New Jersey 07068 |
| 100 Mulberry Street | (973) 597-2500 |
| Newark, New Jersey 07102 | |
| (973) 622-3000 | |

Of Counsel:

Theodore V. Wells, Jr.
Daniel J. Kramer
Andrew G. Gordon
Daniel J. Leffell
Alex Young K. Oh
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | 08-CV-397 (DMC) (JAD) |

## [▓▓▓▓▓▓] ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L. CIV. R. 5.3

THIS MATTER having been opened to the Court upon motion by Tompkins, McGuire, Wachenfeld & Barry LLP, attorneys for the Schering-Plough Defendants, and good cause having been shown, and the Court having made findings on the factors enumerated in L.Civ.R. 5.3 as set forth in the attached Defendants' Proposed Findings of Fact and Conclusions of Law in Support of Motion to File Documents Under Seal Pursuant L. Civ. R. 5.3

IT IS, this 1st day of oct. 2012, hereby ORDERED:

The Schering-Plough Defendants' Motion to File Documents Under Seal is GRANTED. The following documents, each dated March 1, 2012, are hereby sealed: (1) Memorandum of Law in Support of Schering-Plough Defendants' Motion for Partial Summary Judgment (Docket Entry 276); (2) Statement of Undisputed Material Facts in Support of the Schering-Plough Defendants' Motion for Partial Summary Judgment (Docket Entry 272); and (3) Exhibits 7, 9, 11, 13, 17, 21-23, 31, 33, and 36 annexed to the Affidavit of Andrew G. Gordon in Support of Schering-Plough Defendants' Motion for Partial Summary Judgment (Docket Entries 270-71).

_____
Hon. Joseph A. Dickson, U.S.M.J.

1