Case 2:08-cv-00397-DMC-JAD   Document 322   Filed 10/02/12   Page 1 of 2 PageID: 15565
Case 2:08-cv-00397-DMC-JAD   Document 303-3   Filed 05/30/12   Page 1 of 2 PageID: 15462

William B. McGuire
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000

Of Counsel:

Theodore V. Wells, Jr.
Daniel J. Kramer
Alex Young K. Oh
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

Douglas S. Eakeley
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | 08-CV-397 (DMC) (JAD) |

**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L. CIV. R. 5.3**

THIS MATTER having been opened to the Court upon motion by Tompkins, McGuire, Wachenfeld & Barry LLP, attorneys for the Schering-Plough Defendants, and good cause having been shown, *

IT IS, this 1st day of ~~July~~ October, 2012, hereby ORDERED:

The Schering-Plough Defendants' Motion to File Documents Under Seal is GRANTED. The following documents, each dated May 18, 2012, are hereby sealed: (1) Reply Memorandum of Law in Support of Defendants' Motion for Partial Summary Judgment (Docket Entry 302); and (2) Schering-Plough Defendants' Response Pursuant to Local Rule 56.1 to Lead Plaintiffs' Counter-Statement of Material Disputed Facts (Docket Entry 302-1). Upon entry of this Order, the Schering-Plough Defendants shall file redacted versions of these documents on the publicly-available docket.

_____
Hon. Joseph A. Dickson, U.S.M.J.

\* and the Court having made findings on the factors enumerated in L.Civ.R. 5.3 as set forth in the attached Defendants' Proposed Findings of Fact and Conclusions of Law in Support of Motion to File Documents Under Seal Pursuant L. Civ. R. 5.3