UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORP./ ENHANCE SECURITIES LITIGATION; and IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION. | Civil Action No. 08-397 (DMC) (JAD)<br><br>Civil Action No. 08-2177 (DMC) (JAD) |

## STIPULATED AMENDMENT TO PRETRIAL SCHEDULING ORDER

WHEREAS, on August 6, 2012, the Court entered an Order setting trial for November 13, 2012 (Doc. No. 244);

WHEREAS, on September 10, 2012, the Court advised the parties that the date of the Final Pre-Trial Conference before Magistrate Judge Dickson is October 22, 2012, at 2 p.m.;

WHEREAS, on September 25, 2012, the Court adjourned the November 13 trial date and set a new trial date of March 4, 2013 (Doc. No. 253);

WHEREAS, the parties have met and conferred and agreed to the following pretrial schedule;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the undersigned parties, that:

1.   The parties shall file any *Daubert* motions on or before January 14, 2013, with any opposing briefs to be filed on or before February 4, 2013, and any reply briefs to be filed on or before February 18, 2013;

2. The parties shall file any motions *in limine* on or before February 1, 2013, with any opposing briefs to be filed on or before February 15, 2013, and any reply briefs to be filed on or before February 22, 2013;

3. The parties shall jointly submit the final Pre-Trial Order and other required submissions to Magistrate Judge Dickson on or before February 5, 2013;

4. The Final Pre-Trial Conference before Magistrate Judge Dickson is rescheduled to February 7, 2013 at 2 p.m.

| *Liaison Counsel for All Plaintiffs* | *Attorneys for Defendants Merck & Schering-Plough and All Individual Defendants* |
|---|---|
| /s/ James E. Cecchi<br>**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO**<br>James E. Cecchi<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>973-994-1700<br>jcecchi@carellabyrne.com<br>(08-2177, 08-387) | /s/ William B. McGuire<br>**TOMPKINS MCGUIRE, WACHENFELD & BARRY, LLP**<br>William B. McGuire<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>973-622-3300<br>wmcguire@tompkinsmcguire.com |

*Counsel for Underwriter Defendants*

/s/ Daniel H.R. Laguardia
**SILLS CUMMIS & GROSS P.C.**
Jeffrey J. Greenbaum
One Riverfront Plaza
Newark, New Jersey 07102
973-643-7000
jgreenbaum@sillscummis.com

**SHEARMAN & STERLING LLP**
Daniel H.R. Laguardia
599 Lexington Avenue
New York, New York 10022
212-848-4000
daniel.laguardia@shearman.com

**SO ORDERED**

This 4th day of October, 2012

_____
Joseph A. Dickson
United States Magistrate Judge