**KROVATIN KLINGEMAN LLC**
Gerald Krovatin, Esq.
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777

*Attorneys for Defendants Hans W. Becherer, Thomas J. Colligan, C. Robert Kidder, Philip Leder, M.D., Eugene R. McGrath, Carl E. Mundy, Jr., Antonio Perez, Patricia F. Russo, Jack L. Stahl, Kathryn C. Turner, Robert F.W. vanOordt, Arthur F. Weinbach*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORP./ ENHANCE SECURITIES LITIGATION; and IN RE MERCK & CO., INC. VYTORIN/ZETA SECURITIES LITIGATION. | Civil Action No. 08-397 (DMC)(JAD)<br><br>Civil Action No. 08-2177 (DMC)(JAD)<br><br>**NOTICE OF APPEARANCE** |

TO:   Clerk
        United States District Court
        50 Walnut Street
        Newark, NJ 07102

The Clerk will enter my appearance as counsel for Defendants Hans W. Becherer, Thomas J. Colligan, C. Robert Kidder, Philip Leder, M.D., Eugene R. McGrath, Carl E. Mundy, Jr., Antonio Perez, Patricia F. Russo, Jack L. Stahl, Kathryn C. Turner, Robert F.W. vanOordt, Arthur F. Weinbach in these matters.

**KROVATIN KLINGEMAN LLC**
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777
*Attorneys for Defendants Hans W. Becherer, Thomas J. Colligan, C. Robert Kidder, Philip Leder, M.D., Eugene R. McGrath, Carl E. Mundy, Jr., Antonio Perez, Patricia F. Russo, Jack L. Stahl, Kathryn C. Turner, Robert F.W. vanOordt, Arthur F. Weinbach*

/s/ Gerald Krovatin
gkrovatin@krovatin.com

Dated:   November 28, 2012