James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

Salvatore J. Graziano
William C. Fredericks
Bruce D. Bernstein
Adam H. Wierzbowski
BERNSTEIN LITOWITZ BERGER
      & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

*Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE LITIGATION | Civil Action No. 08-397 (DMC) (JAD)<br><br>**NOTICE OF WITHDRAWAL<br>OF PRO HAC VICE ATTORNEY** |

TO:  The Clerk of Court and All Parties of Record:

     PLEASE TAKE NOTICE THAT Sean K. O'Dowd, an attorney formerly a member of Bernstein Litowitz Berger & Grossmann LLP and formerly one of the attorneys for lead plaintiffs on and the certified Class in the above-captioned matter, herby withdraws as counsel for lead plaintiffs.  Bernstein Litowitz Berger & Grossmann LLP continues to serve as counsel for plaintiffs through their attorneys Salvatore Graziano, Jai Chandrasekhar, Adam Wierzbowski and Laura Gundersheim.

                                        CARELLA BYRNE CECCHI
                                        OLSTEIN BRODY& AGNELLO, PC
                                        *Liasion Counsel for Plaintiffs and the Class*


                                      By:    /s/ Lindsey H. Taylor
                                                   LINDSEY H. TAYLOR

Dated:  December 21, 2012