# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | www.carellabyrne.com | | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| | | | | +MEMBER FL BAR ONLY |

February 4, 2013

VIA ECF

Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
United States Post Office and Courthouse Building
Newark, New Jersey 07101

> Re:  *In re Schering-Plough Corp. ENHANCE Securities Litigation*
> Civil Action No. 08-397 (DMC) (JAD)
>
> *In Re Merck & Co., Inc. Vytorin/Zetia Securities Litigation*
> Civil Action No. 08-2177 (DMC)(JAD)

Dear Judge Cavanaugh:

This firm, along with Co-Lead Counsel, represents Lead Plaintiffs in the above-referenced securities class actions.

In accordance with the Stipulated Amendment to Pretrial Scheduling Order dated October 4, 2012, Docket Entry 324 in 08-397, Lead Plaintiffs are filing herewith a 23 motions *in limine* addressing separate evidentiary issues which they request the Court address in advance of trial.  For the Court's convenience, we hope, we have combined the legal argument with respect to all of these motions into a single omnibus brief which is 96 pages in 12 point Times New Roman font, which averages out to four pages per motion, so that the Court will have a single package of paper for the various motions.  Defendants have consented to filing a single brief, provided that they have an equivalent number of pages to respond.  If this is acceptable to the Court, kindly "So Order" this letter and have a "filed" copy returned to us via the Court's ECF system.

Honorable Dennis M. Cavanaugh, U.S.D.J.
February 4, 2013
Page 2

  Thank you for your continued attention to this matter.  If the Court has any questions, we are available at your convenience.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

/s/ James E. Cecchi

JAMES E. CECCHI

cc: All Persons on ECF Service List