# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | www.carellabyrne.com | | ERIC MAGNELLI |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | OF COUNSEL | DONALD A. ECKLUND |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | | MEGAN A. NATALE |
| JAMES E. CECCHI | BRIAN H. FENLON | | | AMANDA J. BARISICH |
| | LINDSEY H. TAYLOR | | | ZACHARY S. BOWER+ |
| | CAROLINE F. BARTLETT | | | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | | | | °MEMBER NY BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | | +MEMBER FL BAR ONLY |

March 15, 2013

<u>VIA ECF</u>

Honorable Dennis M. Cavanaugh, U.S.D.J.
United States District Court
United States Post Office and Courthouse Building
Newark, New Jersey 07101

      Re:   *In re Schering-Plough Corp. ENHANCE Securities Litigation*
              <u>Civil Action No. 08-397 (DMC)(JAD)</u>

Dear Judge Cavanaugh:

      This firm, along with Co-Lead Counsel, represents Lead Plaintiffs in the above-referenced securities class action.  Please find enclosed the Declaration of Stephanie Thurin setting forth the claims administrator's compliance with the notice provisions of the preliminary approval order.

      Thank you for your continued attention to this matter.  If the Court has any questions, we are available at your convenience.

                          Respectfully submitted,

                          CARELLA, BYRNE, CECCHI,
                          OLSTEIN, BRODY & AGNELLO

                          /s/ Lindsey H. Taylor

                          LINDSEY H. TAYLOR

Enclosures

cc:  All counsel (via ECF)(w/encl.)