# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP
*Counselors at Law*

FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102-4056
Newark (973) 622-3000
New York (212) 714-1720
Fax (973) 623-7780
www.tompkinsmcguire.com

William B. McGuire
*Partner*

Tel: (973) 623-7750
E-Fax: (973) 623-7744
wmcguire@tompkinsmcguire.com

March 22, 2013

**VIA ECF**

The Honorable Dennis M. Cavanaugh
United States District Court
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

    *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation*
    Civil Action No. 08-2177 (DMC) (JAD)

    *In re Schering-Plough Corporation/ENHANCE Securities Litigation*
    Civil Action No. 08-397 (DMC) (JAD)

Dear Judge Cavanaugh:

    Pursuant to the Court's Amended Notice of Intention to Appoint Special Masters dated March 18 (ECF 314, ECF 394), we write to advise the Court that Merck & Co., Inc. and Schering-Plough Corporation have no objection to the proposed appointment.

    Respectfully submitted,

    William B. McGuire
For    TOMPKINS, McGUIRE, WACHENFELD & BARRY

cc: All Counsel (Via ECF)