<div style="columns:2">

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Co-Liaison Counsel for Lead Plaintiffs
and the Classes*

Daniel L. Berger
Jeff A. Almeida
Christine Mackintosh
Kyle McGee
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
(646) 722-8500

*Co-Lead Counsel for the Merck Lead
Plaintiffs and the Merck Class*

Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

*Co-Lead Counsel for Lead Plaintiffs and
the Classes*

Jonathan M. Plasse
Christopher J. McDonald
Stephen W. Tountas
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700

*Co-Lead Counsel for the Schering Lead
Plaintiffs and the Schering Class*

</div>

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Civil Action No. 2:08-cv-397 (DMC)(JAD)<br><br>■■■■■ ORDER TO SEAL |
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Civil Action No. 2:08-2177 (DMC)(JAD)<br><br>■■■■■ ORDER TO SEAL |

This matter, having been opened to the Court by way of motion by Plaintiffs for the entry of an Order, pursuant to Local Civil Rule 5.3, sealing the parties' Final Pretrial Order and the exhibits thereto,

The Court, having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this 8th day of April, 2013,

ORDERED that the parties' Final Pretrial Order and the exhibits thereto are hereby sealed; and ✱

JOSEPH A. DICKSON, U.S.M.J.

✱

**IT IS FURTHER ORDERED that the moving party shall file redacted versions of the aforementioned documents within ten (10) days of the date of this Order in compliance with L.Civ.R. 5.3.**

2