William B. McGuire
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY LLP
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000

Douglas S. Eakeley
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

Theodore V. Wells, Jr.
Daniel J. Kramer
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Alex Young K. Oh
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON
2001 K Street, NW
Washington, D.C. 20006-1047
(202) 223-7300

*Attorneys for Merck and Schering Defendants*

Gerald Krovatin
KROVATIN KLINGEMAN LLC
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777

*Attorneys for Schering Director Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | 08-CV-2177 (DMC) (JAD) |
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | 08-CV-397 (DMC) (JAD) |

### ██████ ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L. CIV. R. 5.3

THIS MATTER having been opened to the Court upon motion by Tompkins, McGuire, Wachenfeld & Barry LLP, attorneys for Defendants, and good cause having been shown,

IT IS, this 8th day of April, 2013, hereby ORDERED:

Defendants' Motion to File Documents Under Seal is GRANTED. The following documents are hereby sealed: (1) the Memorandum of Law in Support of Defendants' Motion to Bifurcate Trial (Schering Docket Entry 348; Merck Docket Entry 283); (2) Exhibits 2-8 to the Affidavit in Support of Defendants' Motion to Bifurcate Trial (Schering Docket Entries 350-1-7; Merck Docket Entries 284-1-7); (3) Exhibits 1, 3-6 to the Affidavit in Support of Defendants' Motion to Preclude Certain Testimony by Chad Coffman (Schering Docket Entries 354-354-4); (4) Exhibits 1-3, and 5 to the Affidavit in Support of Defendants' Motion to Preclude Certain Testimony by Gregg A. Jarrell (Merck Docket Entries 281-281-3); (5) the Memorandum of Law in Support of Defendants' Motion to Preclude Certain Opinion Testimony by Plaintiffs' Experts (Schering Docket Entry 341, Merck Docket Entry 277); (6) Exhibits 5-7 to the Affidavit of Robert N. Kravitz in Support of Defendants' Motion to Preclude Certain Opinion Testimony by Plaintiffs' Science Experts (Schering Docket Entries 342-342-2, Merck Docket Entries 278-278-2); (7) the Merck and Schering Defendants' Memorandum of Law in Support of Their Motion *in Limine* No. 3:

1

To Preclude Plaintiffs from Offering in Evidence Anonymous Postings From the Cafepharma Website Message Boards (Schering Docket Entry 356, Merck Docket Entry 287); (8) the Merck and Schering Defendants' Memorandum of Law in Support of Their Motion *in Limine* No. 6: To Preclude Plaintiffs From Offering Certain Hearsay and Improper Opinion Testimony of Meredith Gene Bond (Schering Docket Entry 356-2, Merck Docket Entry 287-2); (9) Exhibits 22, 24, 25, 39, 44-48, and 50-52 to the Second Affidavit of Robert N. Kravitz (Schering Docket Entries 358-358-11, Merck Docket Entries 288-288-11); and (10) Defendants' Trial Brief (Schering Docket Entry 374; Merck Docket Entry 297); and

**IT IS FURTHER ORDERED** that the moving party shall file redacted versions of the aforementioned documents within ten (10) days of the date of this Order in compliance with L.Civ.R. 5.3.

Hon. Joseph A. Dickson, U.S.M.J.