| | |
|---|---|
| Daniel L. Berger<br>John C. Kairis<br>Jeff A. Almeida<br>Kyle McGee<br>GRANT & EISENHOFER P.A.<br>485 Lexington Avenue<br>New York, NY 10017<br>Telephone (646) 722-8500<br>*Co-Lead Counsel for Merck Lead Plaintiffs and Merck Class* | Salvatore J. Graziano<br>Adam H. Wierzbowski<br>Laura H. Gundersheim<br>BERNSTEIN LITOWITZ BERGER &<br>GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 554-1400<br>*Co-Lead Counsel for Merck Lead Plaintiffs and the Merck Class and Co-Lead Counsel for Schering Lead Plaintiffs and Schering Class* |
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br>*Co-Liaison Counsel for the Merck and Schering Classes* | Jonathan M. Plasse<br>Christopher J. McDonald<br>Stephen W. Tountas<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>*Co-Lead Counsel for Schering Lead Plaintiffs and Schering Class* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC)(JAD) |
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD) |

### ORDER

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order sealing Plaintiffs' Trial Brief, which were submitted in further support of Plaintiffs' motion for class certification, pursuant to Local Civil Rule 5.3, and the Court having considered

Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this _____ day of ~~February~~ April, 2013,

ORDERED that Plaintiffs' Trial Brief is hereby sealed; and

IT IS FURTHER ORDERED that the moving party shall file redacted versions of the aforementioned documents within ten (10) days of the date of this Order in compliance with L.Civ.R. 5.3.

JOSEPH A. DICKSON, U.S.M.J.