**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102-5400
Telephone: (973) 643-7000

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000

*Attorneys for the Underwriter Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| | : | Civil Action No. 08-397 (DMC)(JAD) |
| | : | |
| IN RE SCHERING-PLOUGH | : | Honorable Dennis M. Cavanaugh |
| CORPORATION/ENHANCE | : | |
| SECURITIES LITIGATION | : | |
| | : | **ORDER** |
| | : | |
| | : | |
| | : | |

This matter having been opened to the Court by the Underwriter

Defendants[1], on their motion pursuant to Local Civil Rule 5.3, for an Order sealing

---

[1] The Underwriter Defendants are ABN AMRO Rothschild LLC; Banc of America Securities LLC; Banca IMI SpA; BBVA Securities Inc.; Bear, Stearns & Co. Inc. (now J.P. Morgan Securities LLC); BNP Paribas Securities Corp.; BNY Capital Markets, Inc.; Citigroup Global Markets, Inc.; Credit Suisse Securities (USA) LLC; Daiwa Capital Markets America Inc.; Goldman, Sachs & Co.; ING Financial Markets LLC; J.P. Morgan Securities LLC; Mizuho Securities USA Inc.; Morgan Stanley & Co. LLC; Santander Investment Securities Inc.; Utendahl Capital Partners, L.P.; and The Williams Capital Group, L.P.

an unredacted version of the Underwriter Defendants' Memorandum of Law submitted in opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Gary M. Lawrence and Exhibits 1-3 to the supporting Declaration of Jeffrey J. Greenbaum ("Greenbaum Declaration"), and the Court having considered the Underwriter Defendants' submissions and arguments, and it appearing that there exists a legitimate confidentiality interest which warrants protection, and that a clearly defined and serious injury could potentially result if the relief provided herein is not granted, and that no less restrictive alternative to the relief sought is available, and for good cause shown;

IT IS this ___8th___ day of ___April___, 2013,

ORDERED that the an unredacted version of the Underwriter Defendants' Memorandum of Law submitted in opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Gary M. Lawrence and Exhibits 1-3 to the Greenbaum Declaration are hereby sealed in accordance with L. Civ. R. 5.3; and it is further

ORDERED that the Underwriter Defendants shall file with the Court properly redacted versions of their Memorandum of Law submitted in opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Gary M. Lawrence pursuant to L. Civ. R. 5.3(c)(3).

_____
JOSEPH A. DICKSON, U.S.M.J.

2