Jonathan M. Plasse
Christopher J. McDonald
Stephen W. Tountas
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700
*Co-Lead Counsel for Plaintiffs and the Class*

Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400
*Co-Lead Counsel for Plaintiffs and the Class*

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Liaison Counsel for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC)(JAD)<br><br>**ORDER** |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order, pursuant to Local Civil Rule 5.3, sealing the following documents:

- Plaintiffs' Memorandum of Law in Opposition to the Underwriter Defendants' Motion *In Limine* to Exclude the Expert Reports and

Testimony of James F. Miller and Joint Declaration of Christopher J. McDonald and Salvatore J. Graziano and exhibits annexed thereto; and

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Preclude Certain Testimony by Chad Coffman, CFA, the Declaration of Salvatore J. Graziano in support thereof, and the Exhibits thereto.

- Plaintiffs' Memorandum of Law in Opposition to Defendants' *Daubert* Motion to Preclude Certain Opinion Testimony by Plaintiffs' Experts and Joint Declaration of Christopher J. McDonald and Jeff A. Almeida and Exhibits 1, 2, 5, 6, 7, 8, 9, 10, 11, 12 and 14 annexed thereto.

The Court, having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this _____ day of ~~February~~ April, 2013,

ORDERED that (i) Plaintiffs' Memorandum of Law in Opposition to the Underwriter Defendants' Motion *In Limine* to Exclude the Expert Reports and Testimony of James F. Miller and Joint Declaration of Christopher J. McDonald and Salvatore J. Graziano and exhibits annexed thereto; (ii) Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Preclude Certain Testimony by Chad Coffman, CFA and Declaration of Salvatore J. Graziano and Exhibits annexed thereto; and (iii) Plaintiffs' Memorandum of Law in Opposition to Defendants' *Daubert* Motion to Preclude Certain Opinion Testimony by Plaintiffs' Experts and Joint Declaration of Christopher J. McDonald and Jeff A.

Almeida and Exhibits 1, 2, 5, 6, 7, 8, 9, 0, 11, 12 and 14 annexed thereto are all hereby sealed; *and* ✶

_____
JOSEPH A. DICKSON, U.S.M.J.

✶ **IT IS FURTHER ORDERED that the moving party shall file redacted versions of the aforementioned documents within ten (10) days of the date of this Order in compliance with L.Civ.R. 5.3.**