James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO, PC
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700
*Liaison Counsel for the Class*

Daniel L. Berger
John C. Kairis
Jeff A. Almeida
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
(646) 722-8500
*Co-Lead Counsel for the Merck Lead*
*Plaintiffs and Class*

Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400
*Co-Lead Counsel for the Schering and*
*Merck Lead Plaintiffs and Classes*

Christopher J. McDonald
Stephen W. Tountas
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700
*Co-Lead Counsel for the Schering Lead*
*Plaintiffs and Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION / ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC) (JAD) |
| IN RE MERCK & CO., INC VYTORIN/ZETIA SECURITIES LITIGATION | ~~Civil Action No. 08-2177(DMC) (JAD)~~ |
| | **ORDER** |

THIS MATTER having been opened to the Court by way of motion by Plaintiffs for the

entry of an Order sealing the Brief and Exhibits in support of their motions *in limine* pursuant to

Local Civil Rule 5.3, and the Court having considered Plaintiffs' submissions in support of their

Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the

harm that will result if the materials are not sealed, and the available alternatives to sealing the

exhibits, and good cause having been shown,

IT IS this ____8____ day of ~~March~~ April, 2013,

ORDERED that Plaintiffs' Brief and Exhibits in support of their motions *in limine* are

hereby sealed.

**IT IS FURTHER ORDERED** that the moving party shall file redacted versions of the aforementioned documents within ten (10) days of the date of this Order in compliance with L.Civ.R. 5.3.

JOSEPH A. DICKSON, U.S.M.J.

2