# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | PHONE (973) 994-1700 | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | FAX (973) 994-1744 | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | www.carellabyrne.com | _____ | DONALD A. ECKLUND |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| JAMES E. CECCHI | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | June 4, 2013 | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | | |

**VIA ECF**

The Honorable Dennis M. Cavanaugh
United States District Judge
United States Post Office
Newark, New Jersey  07101

        Re:    *In re Schering-Plough Corporation ENHANCE Securities Litigation,*
               Civil Action No. 08-397 (DMC)(JAD)

             *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation,*
               Civil Action No. 08-2177 (DMC)(JAD)

Dear Judge Cavanaugh:

       We are pleased to report that our applications for preliminary approval of the class settlements in both *Schering-Plough* and *Merck* have been finalized and are ready for Your Honor's consideration.  The papers have been filed on the Court's electronic docket and I will also deliver courtesy copies to Your Honor's chambers today.

       Since the motions for preliminary approval in both cases are supported by the defendants, we are hopeful that the Court has time this week to consider our applications as all parties are anxious to start the notice process which will be triggered by preliminary approval.  As you will see, the preliminary approval orders require that Your Honor set a date for the final approval hearings which, given the other time frames set out in the order, will need to be no earlier than September 30.  I will call Your Honor's courtroom deputy tomorrow to follow up on this filing and to see if Your Honor has any questions concerning our papers.

       As always, we appreciate Your Honor's attention to this important matter.

                               Respectfully submitted,

                           CARELLA, BYRNE, CECCHI,
                           OLSTEIN, BRODY & AGNELLO

                               /s/ James E. Cecchi

                               JAMES E. CECCHI

cc:      Counsel of Record (by ECF)