James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700
*Liaison Counsel for the Class*

Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400
*Counsel for Lead Plaintiffs Arkansas
Teacher Retirement System, Public Employees'
Retirement System of Mississippi, Louisiana
Municipal Police Employees' Retirement
System and Co-Lead Counsel for the Class*

Jonathan M. Plasse
Christopher J. McDonald
Stephen W. Tountas
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
(212) 907-0700
*Counsel for Lead Plaintiff Massachusetts
Pension Reserves Investment Management
Board and Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION / ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC) (JAD)<br><br>**NOTICE OF MOTION** |

To:   All Persons on ECF Service List

PLEASE TAKE NOTICE that, on October 1, 2013 at 10:00 a.m., Lead Plaintiffs shall move before the Hon. Dennis M. Cavanaugh, U.S.D.J. in Courtroom PO 04 at the Frank R. Lautenberg U.S. Post Office and Courthouse Building, Newark, New Jersey 07101, for entry of orders, *inter alia*: (1) finally approving the proposed Settlement on the terms and conditions set

forth in the Stipulation and Agreement of Settlement, dated June 3, 2013; (2) directing the parties and their counsel to implement and to consummate the Settlement; (3) approving the proposed plan of allocation for the proceeds of the Settlement; and (4) granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Lead Plaintiffs will rely upon the accompanying Memorandum of Law in support of the motion and the Joint Declaration of Salvatore J. Graziano and Christopher J. McDonald, with annexed exhibits. Proposed orders granting the requested relief will be submitted with Lead Plaintiffs' reply papers, after the deadlines for objecting and opting-back into the Settlement have passed.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests oral argument.

>CARELLA, BYRNE, CECCHI,
>OLSTEIN, BRODY & AGNELLO, P.C.
>
>By:   /s/ James E. Cecchi
>          JAMES E. CECCHI

Dated: July 2, 2013

Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400
*Counsel for Lead Plaintiffs Arkansas Teacher Retirement System, Public Employees' Retirement System of Mississippi, Louisiana Municipal Police Employees' Retirement System and Co-Lead Counsel for the Class*

2

Jonathan M. Plasse
Christopher J. McDonald
Stephen W. Tountas
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
(212) 907-0700
*Counsel for Lead Plaintiff Massachusetts Pension Reserves Investment Management Board and Co-Lead Counsel for the Class*