| | |
|---|---|
| James E. Cecchi | Jonathan M. Plasse |
| Lindsey H. Taylor | Christopher J. McDonald |
| CARELLA, BYRNE, CECCHI, | Stephen W. Tountas |
| OLSTEIN, BRODY & AGNELLO, P.C. | LABATON SUCHAROW LLP |
| 5 Becker Farm Rd. | 140 Broadway |
| Roseland, New Jersey 07068 | New York, New York 10005 |
| (973) 994-1700 | (212) 907-0700 |
| *Liaison Counsel for the Class* | *Counsel for Lead Plaintiff Massachusetts Pension Reserves Investment Management Board and Co-Lead Counsel for the Class* |

Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400
*Counsel for Lead Plaintiffs Arkansas
Teacher Retirement System, Public Employees'
Retirement System of Mississippi, Louisiana
Municipal Police Employees' Retirement
System and Co-Lead Counsel for the Class*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION / ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC) (JAD)<br><br>**NOTICE OF MOTION** |

To:    All Persons on ECF Service List

PLEASE TAKE NOTICE that, on October 1, 2013 at 10:00 a.m., Co-Lead Counsel, on behalf of all Plaintiffs' Counsel, shall move before the Hon. Dennis M. Cavanaugh, U.S.D.J. in Courtroom PO 04 at the Frank R. Lautenberg U.S. Post Office and Courthouse Building, Newark, New Jersey 07101, for entry of an Order: (1) awarding attorneys' fees to be paid from the Settlement achieved in the above-captioned action; (2) providing for the reimbursement of

expenses incurred in connection with this action; and (3) granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Co-Lead Counsel will rely upon the accompanying Memorandum of Law in support of the motion and the Joint Declaration of Salvatore J. Graziano and Christopher J. McDonald, with annexed exhibits. A proposed order granting the requested relief will be submitted with Co-Lead Counsel's reply papers, after the deadline for objecting to the fee and expense request has passed.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests oral argument.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

By:   /s/ James E. Cecchi
JAMES E. CECCHI

Dated: July 2, 2013

Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400
*Counsel for Lead Plaintiffs Arkansas Teacher Retirement System, Public Employees' Retirement System of Mississippi, Louisiana Municipal Police Employees' Retirement System and Co-Lead Counsel for the Class*

Jonathan M. Plasse
Christopher J. McDonald
Stephen W. Tountas
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005

(212) 907-0700
*Counsel for Lead Plaintiff Massachusetts Pension Reserves Investment Management Board and Co-Lead Counsel for the Class*