| | |
|---|---|
| **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**<br>James E. Cecchi<br>Lindsey H. Taylor<br>5 Becker Farm Rd.<br>Roseland, New Jersey  07068<br>Tel: (973) 994-1700<br><br>*Liaison Counsel for the Class* | **LABATON SUCHAROW LLP**<br>Jonathan M. Plasse<br>Christopher J. McDonald<br>Stephen W. Tountas<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br><br>*Counsel for Lead Plaintiff Massachusetts Pension Reserves Investment Management Board and Co-Lead Counsel for the Class* |

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400

*Counsel for Lead Plaintiffs Arkansas Teacher Retirement System, Public Employees' Retirement System of Mississippi, Louisiana Municipal Police Employees' Retirement System and Co-Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION / ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC) (JAD)<br><br>CERTIFCATE OF SERVICE |

I certify that on the date set forth below, the:

- Reply Memorandum of Law in Further Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses;

- Supplemental Declaration of Stephanie A. Thurin Regarding (A) Mailing of the Settlement Notice and Proof of Claim; (B) Publication Notice; (C) Report on Opt-In Requests Received to Date; and (D) Report on Objections; and
- Reply Declaration of Christopher J. McDonald

were served on the following via FedEx next day delivery:

Mary B. Ieni
82 Winsor Place
Glen Ridge, NJ 07028

Orloff Family Trust DTD 12/13/01 and Dr. Marshall J. Orloff IRA R/O
Law Office of Forrest S. Turkish
595 Broadway
Bayonne, NJ 07002

William B. Zeitz
3410 Sycamore Dr.
Bethel Park, NJ 15102

**LABATON SUCHAROW LLP**
*Counsel for Lead Plaintiff and Co-Counsel for the Class*

By: _____
NICOLE M. ZEISS

Dated: August 14, 2013