IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | Civil Action No. 08-CV-00397 (DMC)(JBC) |

## NOTICE OF APPEAL

Class members Dr. Marshall J. Orloff IRA R/O and Orloff Family Trust DTD 12/13/01 hereby appeal to the United States Court of Appeals for the Third Circuit from this Court's Order Approving Plan of Allocation of Net Settlement Fund (Dkt. No. 438), Order Awarding Attorneys' Fees and Expenses (Dkt. No. 439) and Judgment Approving Class Action Settlement (Dkt. No. 440), entered on October 1, 2013.

Respectfully submitted,

Dated:   October 30, 2013

By: /s/ Forrest S. Turkish_____
Forrest S. Turkish (FT1197)
Law Office of Forrest S. Turkish
595 Broadway
Bayonne, NJ 07002
Phone: (201) 339-8866
Fax: (201) 339-8456
Email: fsturkish@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2013, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of New Jersey by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

\_\_\_/s/ Forrest S. Turkish\_\_\_\_\_
Forrest S. Turkish
Attorney for Objectors