# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION / ENHANCE SECURITIES LITIGATION | Civil Action No. 08-00397 (DMC) (JAD) |

THIS MATTER having been opened to the Court by Counsel for Lead Plaintiffs and the Class, in the presence of all parties of record and objectors Dr. Marshall J. Orloff IRA R/O and the Orloff Family Trust DTD 12/13/01, represented by attorney Forrest S. Turkish, (the "Turkish Objectors") and the Court having read the parties' and the Turkish Objectors' papers and good cause appearing,

IT IS THIS 30 day of December, 2013

ORDERED that the motion to require Dr. Marshall J. Orloff IRA R/O and the Orloff Family Trust DTD 12/13/01 to post a bond pursuant to Fed.R.App.P. 7 is granted; and it is further

ORDERED that Dr. Marshall J. Orloff IRA R/O and the Orloff Family Trust DTD 12/13/01 are jointly and severally responsible for the posting of a single bond in the amount of $50,000 pursuant to Fed. R. App. P. 7, under which they will be jointly and severally liable.

DENNIS M. CAVANAUGH, U.S.D.J.