UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION / ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (ES) (JAD)<br><br>**ORDER APPROVING *CY PRES* DISTRIBUTION** |

WHEREAS, by its Judgment Approving Class Action Settlement (ECF No. 440), this Court approved the terms and provisions of the Stipulation and Agreement of Settlement (ECF No. 419-1) ("Stipulation");

WHEREAS, this Court directed the parties to consummate the Settlement in accordance with the terms and provisions of the Stipulation;

WHEREAS, the Court approved the retention of Epiq Class Action & Claims Solutions, Inc. ("Epiq"), as Claims Administrator to, among other things, process Claim Forms submitted;

WHEREAS, by its Order Approving Distribution Plan, dated December 17, 2014 (the "Distribution Order") (ECF No. 454), the Court approved the distribution of the Net Settlement Fund to Authorized Claimants;

WHEREAS, pursuant to the Distribution Order, Epiq has conducted four distributions of the Net Settlement Fund to Authorized Claimants and has determined that further distributions would not be cost effective;

WHEREAS, Lead Plaintiffs and Co-Lead Counsel have asked the Court to approve a distribution of the remaining unclaimed balance in the Net Settlement Fund to the National Consumer Law Center, a private, non-sectarian, not-for-profit organization with Internal Revenue Code § 501(c)(3) tax-deductible status; and

WHEREAS, Defendants have no legal interest in the relief requested by Lead Plaintiffs' motion. *See* Stipulation ¶¶ 15, 24.

NOW, THEREFORE, upon reviewing the Declaration of Alexander Villanova in Support of Motion for Approval of *Cy Pres* Distribution, and after due deliberation,

IT IS THIS 24th day of January, 2019,

ORDERED that the Claims Administrator shall distribute the unclaimed balance of the Net Settlement Fund to the National Consumer Law Center.

ESTHER SALAS, U.S.D.J

2